**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OREGON BREWING COMPANY,

        Plaintiff,                               Civil Action No. 18cv11108

    -against-                             AFFIDAVIT OF SERVICE

ROUGE APPAREL GROUP, INC,

        Defendant.
------------------------------------------------------------X
STATE OF CALIFORNIA    }
                         S.S.:
COUNTY OF Orange     }

       **JOHN R. SHULTZ**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 10th day of December, 2018, at approximately 1:04pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK,** and **RELATED CASE STATEMENT** upon **ROGUE APPAREL GROUP, INC** at 2133 E 38th St, Vernon, CA 90058 by personally delivering and leaving the same with **DAVID HIGHTOWER**, who informed deponent that he is an Authorized Agent and is authorized to receive service at that address.

       **DAVID HIGHTOWER** is a white male, approximately 40 years of age, stands approximately 6 feet 1 inches tall, and weighs approximately 190 pounds with light hair.

_____
JOHN R. SHULTZ

Sworn to before me this
_____ day of December, 2018

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange
Subscribed and sworn to (or affirmed) before me on this 18th day of December, 2018, by John R. Shultz
_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (Seal)

COLLEEN DAWN
Notary Public – California
Orange County
Commission # 2186480
My Comm. Expires Apr 9, 2021

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com