UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

OREGON BREWING COMPANY et al.,

                    PlaintiffS,

-against-

ROGUE APPAREL GROUP, INC.,

                    Defendant.

------------------------------------- x

ORDER

18 Civ. 11108 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The unopposed motion to substitute a party pursuant to Federal Rule of Civil Procedure 25(c), (ECF No. 44), is GRANTED. The Clerk of Court is directed to close the motion at ECF No. 44.

Dated: New York, New York
         November 4, 2020

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge