**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

COULTER VENTURES, LLC *d/b/a* ROGUE
FITNESS,

                Plaintiff,

    -against-

ROGUE APPAREL GROUP, INC.,

                Defendant.

------------------------------------ x

ORDER

18 Civ. 11108 (GBD)

GEORGE B. DANIELS, District Judge:

All further litigation in this case is automatically stayed unless the United States Bankruptcy Court for the Central District of California determines that the automatic stay of judicial proceedings pursuant to 11 U.S.C. § 362 does not apply to this case.

Dated: January 5, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE